IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK C. ROKITA, JR., | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | NO. 18-5183 |
| BARRY SMITH, et al., | : | |
| Respondents. | : | |

FILED
FEB 14 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

C. DARNELL JONES, II, J.

## ORDER

AND NOW, this 14th day of February, 2019, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus (Doc. No. 1), Petitioner's Memorandum (Doc. No. 6), Respondents' Response (Doc. No. 5), the available state court records, and the Report and Recommendation of Unites States Magistrate Judge Marilyn Heffley (Doc. No. 7), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for a Writ of Habeas Corpus is DENIED with prejudice;

3. There is no probable cause to issue a Certificate of Appealability; and

4. The Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

C. DARNELL JONES, II, J.