5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK C. ROKITA, JR.
     *Petitioner*,

     v.

BARRY SMITH; THE DISTRICT
ATTORNEY OF THE COUNTY
OF MONTGOMERY; and,
ATTORNEY GENERAL OF PA
     *Respondents*.

:

:

:

:

:

CIVIL ACTION
NO. 18-5183

**FILED**

MAR - 4 2020

KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 4th day of March 2020, upon careful and independent consideration of:

the Petition for a Writ of Habeas Corpus (ECF No. 1); Petitioner's Memorandum (ECF No. 6);

Respondents' Response (ECF No. 5); pertinent state court records; the Report and

Recommendation of Unites States Magistrate Judge Marilyn Heffley (ECF No. 7); Petitioner's

Objections thereto (ECF No. 10); and, the Montgomery County District Attorney's Response

(ECF No. 14), it is hereby ORDERED as follows:

1. Petitioner's Objections (ECF No. 10) are OVERRULED in accordance with
   this Court's accompanying Memorandum;

2. The Report and Recommendation (ECF No. 7) is APPROVED and
   ADOPTED;

3. The Petition for a Writ of Habeas Corpus (ECF No. 1) is DENIED with
   prejudice;

4. A Certificate of Appealability SHALL NOT ISSUE; and,

5. The Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

C. Darnell Jones, II                    J.